### July 26, 1965

## Commonwealth ex rel. Jackson, Appellant, *v.* Myers.

724

Submitted June 14, 1965. *James M. Jackson,* appellant, in propria persona; *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.